TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00215-CR







Ex Parte: Dennis Proctor, Appellant









FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. 0921695, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING







PER CURIAM



 This is an appeal from an order denying relief on appellant's writ of habeas corpus. 
Appellant has filed an amended motion to withdraw the appeal. No decision of this Court has
been delivered. The amended motion is granted and the appeal is dismissed. Appellant's original
motion to withdraw the appeal is submitted and dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Amended Motion


Filed: March 8, 1995


Do Not Publish